# UNITED STATES DISTRICT COURT

for the

District of

NIXON JEAN PIERRE

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

New York City Taxi & Limousine Commission
American Transit Insurance
Hereford Insurance Company
Maya Assurance Company

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 16CV9245

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

RECEIVED SDNY PRO SE OFFICE
2016 NOV 29 PM 1:49
S.D. OF N.Y.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: NIXON JEAN PIERRE
Street Address: 74 Norfolk Drive west
City and County: Elmont NY 11003
State and Zip Code:
Telephone Number: 917-548-8793
E-mail Address: NJEANPIERRE@LIVE.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: NEw York city TAxi & Limousine Commission
- Job or Title (if known):
- Street Address: 33 Beaver Street
- City and County: NEw York, NY
- State and Zip Code: 10004
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: American Transit Insurance
- Job or Title (if known): One Mehrotech LLC
- Street Address: 1 Mehrotech Center
- City and County: Brooklyn
- State and Zip Code: NEw York 11201
- Telephone Number: 212-857-8200
- E-mail Address (if known):

Defendant No. 3
- Name: Hereford Insurance Company
- Job or Title (if known):
- Street Address: 36-01 43rd AVE
- City and County: Long Island City, NEw York 11101
- State and Zip Code:
- Telephone Number: 718-361-9191
- E-mail Address (if known):

Defendant No. 4
- Name: Maya Assurance Company
- Job or Title (if known): 45-18 Court Square #502
- Street Address: Long Island City NY 11101
- City and County:
- State and Zip Code:
- Telephone Number: 718-937-2016
- E-mail Address (if known):

Nixon Jeanpierre

_____

Plaintiff


New York City Taxi & Limousine Commission

American Transit Insurance

Hereford Insurance Company

Maya Insurance Company

_____

Defendant


The reason I am filing this complaint for $ 20,000,000,000 against all parties is because I've been a victim of abuse of power from all four of them.  As a medallion owner and as a green permit owner these three insurance companies have denied selling me a premium base on my record.  I had 2 pedestrians' accidents when I was not at fault. Also I am mandated to take defensive courses every 3 years which I always do. My DMV record can prove it. I have no point for moving violations on my record at the time of my applications and as current. I do not see why I was denied besides them being prejudice and discriminatory.

I want the court to make them pay for their abuse of power and authority. The reason I asked for $ 20,000,000,000 is because the taxi industry is a multi billion dollars industry.

I want the court to instruct TLC to oversee how these insurance companies are dealing with the drivers and to correct any discrepancies. If there is lieu for TLC to create a special unit to deal with this matter they should do so. They should enable drivers to call them to report any discrepancy from the insurance companies.



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

WWW.COMPTROLLER.NYC.GOV

015 - 151

Scott M. Stringer
**COMPTROLLER**

Date: 11/01/2016
Claim No: 2016PI030822
RE: Acknowledgment of Claim
Your Claim/Policy#:

NIXON JEAN PIERRE
74 NORFOLK DR W
ELMONT, NY 11003

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

If you have any questions regarding your claim, you may contact us at 212-669-2478 for claims involving personal injury.

Sincerely,

Bureau of Law & Adjustment